**Robert SCHAEFFER, Plaintiff–Appellant,**

v.

**Mr. JACOBS, Cecil County Detention Center; Corporal Chatman, Cecil County Detention Center; Office of Prothontary Superior Court; Judge Alford, Superior Court, Defendants–Appellees.**

No. 02–7055.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 5, 2002.

Decided Sept. 11, 2002.

Robert Schaeffer, Appellant Pro Se.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert Schaeffer appeals the dismissal of his action as to two of the four Defendants in his 28 U.S.C. § 1983 (2000) action. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*